# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DARVELLE GORDON, and** | : | **VIOLATION:** |
| **ANGELO LONG,** | : | **21 U.S.C. § 841(a)(1) and** |
| | : | **§ 841(b)(1)(A)(iii)** |
| Defendants. | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 280 Grams or More of Cocaine** |
| | : | **Base)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about April 19, 2016, within the District of Columbia, **DARVELLE GORDON** and **ANGELO LONG**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 280 grams or more.

(**Unlawful Possession with Intent to Distribute 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.